```
FILED by   R B   D.C.
ELECTRONIC
SEPT 29, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

## 08-CIV-81108-RYSKAMP/VITUNAC

TROY J. MANN individually and on
behalf of others similarly situated,

    Plaintiff,

v.

BARNARD CONSTRUCTION COMPANY, INCORPORATED,
a foreign corporation licensed to do
business in the State of Florida.

    Defendant
_____/

## COMPLAINT

Plaintiff Troy J. Mann individually and on behalf of others similarly situated sues the Defendant Barnard Construction Company, a foreign corporation licensed to do business in Florida.

### Nature of Action

1.     Plaintiff, TROY J. MANN (hereinafter referred to as "Plaintiff"), was employee of Defendant, Barnard Construction Company, Incorporated., a foreign profit corporation and licensed in the State of Florida (hereinafter referred to as "Defendant"), and brings this action on behalf of himself and other employees of Defendant similarly situated to him for overtime compensation and other relief under the Fair Labor Standards Act, as



amended, 29 U.S.C. §216(b). Plaintiff performed work and related duties, for Defendant.

### Jurisdiction and Venue

2. Defendant, Barnard Construction Company Inc., is a foreign corporation d/b/a in Florida and operates a business in Palm Beach County, Florida and within the jurisdiction of this Court.

3. At all times material hereto Plaintiff and other similarly situated employees of Defendant were employed and working in Palm Beach County, Florida.

4. The Defendant's registered agent for service of process is Corporation Service Company, 1201 Hays Street, Tallahassee, Florida, 32301-2525.

5. This action is brought to recover from Defendant overtime compensation, liquidated damages, and the costs and reasonable attorneys fees under the provisions of 29.U.S.C. §216(b).

6. Jurisdiction is conferred on this Court by 28 U.S.C. §1337 and by 29 U.S.C. §216(b). At all times pertinent to this Complaint, Defendant, Barnard Construction Company, Inc., was an enterprise engaged in interstate commerce for commerce as defined by the Act, 29 U.S.C. §203( r) and §203(s).

7. The annual gross sales volume of Defendant is in excess of $500,000.00 per annum.

2

## Additional Parties

8. The additional persons, who may become Plaintiffs in this action, are Defendant's employees who worked in excess of Forty (40) hours during one or more work weeks on or after March, 2007, but were not paid time and half wages of their regular rate for all of their overtime hours worked.

## Facts

9. At all times pertinent to this Complaint, Defendant failed to comply with 29 U.S.C. §201-209 in that Plaintiff and those similarly situated to Plaintiff performed services for Defendant for which Defendant failed to properly pay Plaintiff for all hours worked in excess of Forty (40) within a work week.

10. On one or more work weeks, Plaintiff worked overtime hours, but Defendant failed to pay time–and-a-half wages for overtime hours worked.

11. In the course of employment with Defendant, Plaintiff and other similarly situated employees in were not paid time and one-half of their regular rate of pay for all hours worked in excess of Forty (40) hours per work week during one or more work weeks, specifically, the Plaintiff and other similarly situated employees were required to report for work 30 to 60 minutes prior to "clocking in" and work 30 to 60 minutes after "clocking out" each day.

12. The records, if any, concerning the number of hours actually worked by Plaintiff and all other similarly situated employees and the compensation actually paid to such employees should be in the possession and custody of Defendant.

13. Plaintiff has retained the undersigned counsel and pursuant to 29 U.S.C. § 216(b), is entitled to recover his reasonable attorneys' fees and costs from Defendant.

## COUNT I
## RECOVERY OF OVERTIME COMPENSATION

14. Plaintiff readopts and re-alleges all allegations contained in Paragraphs 1 through 11 above.

15. Plaintiff is entitled to be paid time and one-half of their regular rate of pay for each hour worked in excess of Forty (40) hours per work week. All similarly situated employees are similarly owed their overtime rate for each overtime hour they worked and were not properly paid.

16. By reason of the said intentional, willful and unlawful acts of Defendant, all Plaintiffs (Plaintiff and those similarly situated to him) have suffered damages plus incurring costs and reasonable attorney's fees.

17. As a result of Defendant, willful violation of the Act, all Plaintiffs (Plaintiff and those similarly situated to him) are entitled to liquidated damages.

18. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff Troy J. Mann and those employees of the Defendant similarly situated to him who have or will opt into this action, demand judgment against Defendant Barnard Construction Company Inc., for the payment of all overtime hours at one and one-half their regular rate of pay due them for the hours

worked by them for which they have not been properly compensated, liquidated damages and reasonable attorney's fees and costs of suit, and for all proper relief including prejudgment interest.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via U.S. Mail to the Clerk, USDC, Southern District, on this the date of **September 25, 2008.**

      The Law Office of Frank J. McKeown, Jr., P.A.
      Counsel for Plaintiffs
      Concourse Towers 1 – Suite 701
      2000 Palm Beach Lakes Boulevard
      West Palm Beach, FL  33409
      Telephone: 561.832.5650
      *Facsimile*: 561.688.9985

      By: _____
      FRANK J. McKEOWN, JR., Esquire
      Florida Bar No.: 053279

# 08-CIV-81108-RYSKAMP/VITUNAC

JS 44 (Rev. 2/08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed**

FILED by RB D.C.
ELECTRONIC

SEPT 29, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**I. (a) PLAINTIFFS**
Trey J. Mann, individually and on behalf of others similarly situated.

**DEFENDANTS**
Barnard Construction, A foreign corporation doing business in Florida

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LAW OFFICES OF
FRANK J. MCKEOWN, JR., P.A.
CONCOURSE TOWER 1, SUITE 701
2000 PALM BEACH LAKES BOULEVARD (561) 832-5650
WEST PALM BEACH, FL 33409

Attorneys (If Known)
unknown

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

08CV81108 KLR/AEV

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE _____    DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 29 U.S.C. §201-209 Fair Labor Standards Act (Overtime claim)

LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ In excess of $15,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
s/ Frank McKeown

DATE 9/25/08

FOR OFFICE USE ONLY
AMOUNT 350   RECEIPT # ____

SCANNED